No. 459, Misc. BIOT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *O. John Rogge* for petitioner. *Isidore Dollinger* and *Daniel J. Sullivan* for respondent.

No. 569, Misc. PULIDO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Clifford K. Thompson, Jr.,* Deputy Attorneys General, for respondent.

No. 578, Misc. FREEMAN *v.* SIMPSON, WARDEN. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark* and *Walter S. Turner,* Assistant Attorneys General, for respondent.

No. 596, Misc. ANDREWS, AKA TURQE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* and *Phylis Skloot Bamberger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 618, Misc. COLLINS *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. *Peter Dorsey* for petitioner. *Douglas M. Head,* Attorney General of Minnesota, *George M. Scott* and *Henry W. McCarr, Jr.,* for respondent.

No. 672, Misc. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 692, Misc. TOBAR *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *Robert E. Sutton,* Assistant Attorney General, for respondent.